UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROYAL PALM VILLAGE RESIDENTS, INC.,

    Plaintiff,

v.                                                   Case No: 8:19-cv-874-T-36SPF

MONICA SLIDER, SHERI WOODWORTH, BELINDA LAWSON, SUN COMMUNITIES, INC., ROYAL PALM VILLAGE, LLC, AMERICAN LAND LEASE, INC., ASSET INVESTORS OPERATING PARTNERSHIP, L.P., RICHARD LEE and LUTZ, BOBO & TELFAIR, P.A.,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. 68). In accord with the Notice of Voluntary Dismissal Without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Notice of Voluntary Dismissal Without Prejudice is **APPROVED** (Doc. 68).

    2)    This cause is dismissed, without prejudice.

    3)    The Clerk is directed to terminate any pending motions, except the motions at docket entries 62 and 63, and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on October 1, 2020.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record