IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROYAL PALM VILLAGE
RESIDENTS, INC., on behalf of the
homeowner-members in its
representative capacity and on behalf
of themselves and all others similarly
situated

    Plaintiffs,

v.                                                  Case No. 8:19-cv-874-CEH-SPF

MONICA SLIDER, SHERI
WOODWORTH, BELINDA
LAWSON, SUN COMMUNITIES,
INC., ROYAL PALM VILLAGE,
LLC, AMERICAN LAND LEASE,
INC., ASSET INVESTORS
OPERATING PARTNERSHIP, L.P.,
RICHARD LEE, and LUTZ, BOBO
& TELFAIR, P.A.,

    Defendants.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants Monica Slider, Sheri Woodworth, Belinda Lawson, Sun Communities, Inc., Royal Palm Village, LLC, American Land Lease, Inc., Asset Investors Operating Partnership, L.P., Richard Lee, and Lutz, Bobo & Telfair, P.A., (all Defendants) hereby appeal to the United States Court of Appeals for the Eleventh Circuit from: (1) the Judgment on Attorney Fees entered in this action on September 30, 2021 (Doc. 92); and (2) the Order on Defendants' Objection to the Report and Recommendation entered in this action on September 29, 2021 (Doc. 91). Copies of the Judgment and Order are attached hereto as Composite Exhibit "A."

1

2

Date: October 27, 2021

        */s/Mahlon Barlow*
        Mahlon Barlow
        Florida Bar No. 871117
        mbarlow@sbwlegal.com
        Nicholas R. Consalvo
        Florida Bar No. 1025353
        nconsalvo@sbwlegal.com
        SIVYER BARLOW & WATSON, P.A.
        401 E. Jackson Street, Suite 2225
        Tampa, FL 33602
        Main: (813) 221-4242

        and

        J. Allen Bobo
        Florida Bar No. 0356980
        Jody B. Gabel
        Florida Bar No. 0008524
        LUTZ, BOBO & TELFAIR, P.A.
        2 North Tamiami Trail, Suite 500
        Sarasota, FL  34236-5575
        Telephone:     941-951-1800
        Email:  jabobo@lutzbobo.com
        Email:  jbgabel@lutzbobo.com
        *Counsel for all Defendants*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 27, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, and a copy was sent via e-mail to:

Daniel W. Perry, Esq.
4767 New Broad Street, Ste. 1007
Orlando, FL 32814-6405
dan@danielperry.com
*Counsel for Plaintiffs*

                                                           */s/ Mahlon Barlow*