# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 10, 2023

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 21-13789-AA
Case Style: Royal Palm Village Residents, Inc., et al v. Monica Slider, et al
District Court Docket No: 8:19-cv-00874-CEH-SPF

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | |
|---|---|
| General Information | 404-335-6100 |
| New / Before Briefing Cases | 404-335-6135 |
| Cases in Briefing / After Opinion | 404-335-6130 |
| Cases Set for Oral Argument | 404-335-6141 |
| Capital Cases | 404-335-6200 |
| Attorney Admissions | 404-335-6122 |
| CM/ECF Help Desk | 404-335-6125 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-13789

_____

ROYAL PALM VILLAGE RESIDENTS, INC.,
on behalf of the homeowner-members in its representative capacity
and on behalf of themselves and all others similarly situated,
GENE ASBURY,
on behalf of themselves, the class of current and former mobile homeowners in the Park and all others similarly situated,
JAMES LEMONNIER,
on behalf of themselves, the class of current and former mobile homeowners in the Park and all others similarly situated,
BONNIE LOHMEYER, on behalf of themselves, the class of current
and former mobile homeowners in the Park and all others similarly
situated,
FRED OSIER,

2                                                                                          21-13789

on behalf of themselves, the class of current and former mobile homeowners in the Park and all others similarly situated, et al.,

                                                    Plaintiffs-Appellees,

*versus*

MONICA SLIDER,
SHERI WOODWORTH,
BELINDA LAWSON,
SUN COMMUNITIES, INC.,
ROYAL PALM VILLAGE, LLC, et al.,

                                                    Defendants-Appellants,

SUN COMMUNITIES OPERATING LIMITED PARTNERSHIP, et al.,

                                                    Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cv-00874-CEH-SPF

_____

JUDGMENT

Case 8:19-cv-00874-CEH-SPF   Document 102   Filed 02/10/23   Page 4 of 5 PageID 1914
USCA11 Case: 21-13789   Document: 39-2   Date Filed: 02/10/2023   Page: 3 of 3

21-13789            Opinion of the Court            3

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 12, 2023

For the Court: DAVID J. SMITH, Clerk of Court


ISSUED AS MANDATE: February 10, 2023

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. 21-13789

Royal Palm Village Residents, Inc.   vs.   Monica Slider, et. al.

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) In-House / Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — — | — | — | — | | |
| Appellant's Brief | | | | | | |
| Appendix | | | | | | |
| Appellee's Brief | | 32 | 10 | 320 | $48.00 | $48.00 |
| Reply Brief | | | | | | |
| | | | | | | |
| | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | TOTAL | $48.00 REQUESTED | $ $48.00 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: [signed]   Date Signed: January 23, 2023
Attorney Name: Dineen Pashoukos Wasylik   Attorney for: Royal Palm Village Residents, Inc.
E-mail: dineen@ip-appeals.com   Phone: 813-778-5161
Street Address/City/State/Zip: DPW Legal 2244 Green Hedges Way, Ste 101 Wesley Chapel, FL 33544

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ $48.00   against   Appellants
and are payable directly to   Appellee

David J. Smith, Clerk of Court

Issued on: ISSUED AS MANDATE: 02/10/2023   By: /S/Tresa A.Raines   DATE: 1/27/2023
Deputy Clerk

BOC Rev.: 6/17