UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROYAL PALM VILLAGE
RESIDENTS, INC., et al.,

    Plaintiffs,

v.                                      CASE NO. 8:19-cv-874-CEH-SPF

MONICA SLIDER, et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on Defendants' Renewed Motion to Disburse Money from the Court's Registry (Doc. 111). Plaintiff Royal Palm Village Residents, Inc. does not oppose the requested relief.

On September 29, 2021, the Court entered an order awarding Defendants "attorneys' fees in the amount of $39,613.83 as the prevailing party against Plaintiff Royal Palm Village Residents, Inc., on its FMHA claim." (Doc. 91). Defendants, unsatisfied with the amount of the award, filed a notice of appeal to the United States Court of Appeals for the Eleventh Circuit (Doc. 93). While the appeal was pending, Plaintiff requested entry of "an order authorizing [it] to deposit funds with the Clerk of Court in lieu of Supersedeas Bond and to stay execution of the judgment this Court entered on September 30, 2021." (Doc. 97). In its motion, Plaintiff observed that "[w]hile this Court does not have a local rule to guide the amount of an acceptable security, Southern District of Florida Local Rule 62.1(a) provides that 'a supersedeas bond staying execution of a money judgment shall be in the amount of 110% of the judgment, to provide security for interests, costs, and any award of damages for delay'" (*Id.*). Accordingly, the parties agreed that 110% of the judgment, or $43,575.21,

would serve as sufficient security (*Id.*). The Court then ordered that amount to be deposited into the Court's registry and be placed in an interest-bearing account (Doc. 98).

On February 10, 2023, the Eleventh Circuit entered its mandate affirming this Court's attorneys' fees determination (Doc. 102). Thereafter, Plaintiff moved for an award of appellate attorneys' fees, which was denied (Doc. 108). Defendants now seek an order directing the Clerk to disburse the amount of $39,692.20 to Defendant Sun Communities Operating Limited Partnership (the Defendant that paid the fees) with the rest and remainder of the sums held by the Clerk to be disbursed to Plaintiff's counsel by payment to DPW Legal Trust Fund.

Accordingly, it is hereby

**ORDERED**:

1. Defendants' Motion to Disburse Money from the Court's Registry (Doc. 111) is GRANTED.

2. The Clerk is directed to disburse the $39,692.20 to Defendant Sun Communities Operating Limited Partnership (to the exclusion of the remaining Defendants) by a disbursement to J. Allen Bobo, Lutz, Bobo & Telfair PA, 2 North Tamiami Trail, Suite 500, Sarasota, Florida 34236.

3. The rest and remainder of the sums held by the Clerk in this matter shall be disbursed to Plaintiff's counsel, DPW Legal Trust Fund, 2244 Green Hedges Way, Suite 101, Wesley Chapel, Florida 33544.

4. Upon disbursing the funds, the Clerk is directed to enter a Satisfaction of Judgment in favor of Plaintiff Royal Palm Village Residents, Inc.

**ORDERED** in Tampa, Florida, on March 26, 2024.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE